1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Acting Chief, Criminal Division
4  GARTH HIRE (CABN 187330)
   CHRISTINA McCALL (CABN 234139)
5  Assistant United States Attorneys

6     1301 Clay Street, Suite 340-S
      Oakland, California 94612-5217
7     Telephone:  (510) 637-3929/ 3717
      Facsimile:  (510) 637-3724
8     E-Mail:     Garth.Hire@usdoj.gov
                  Christina.McCall@usdoj.gov
9
   Attorneys for Plaintiff
10

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                              OAKLAND DIVISION

14 UNITED STATES OF AMERICA,        )    No. CR 09-00203 CW
                                    )
15        Plaintiff,                )
                                    )    NOTICE OF DISMISSAL; [~~PROPOSED~~]
16   v.                             )    ORDER
                                    )
17 JASON FITCH,                     )    (OAKLAND VENUE)
                                    )
18        Defendant.                )
                                    )
19 _____ )

20     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

21 United States Attorney for the Northern District of California dismisses the above second

22 superseding indictment and all predecessor indictments with prejudice and moves that the Court

23 quash the arrest warrant issued in connection with the indictments in this case.

24 DATED: November 12, 2010              Respectfully submitted,

25                                       MELINDA HAAG
                                         United States Attorney
26                                              /s/
                                         _____
                                         GARTH HIRE
27                                       Assistant United States Attorney

28
   NOTICE OF DISMISSAL; [~~PROPOSED~~] ORDER
   CR 09-0203 CW

|   |   |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | Leave of Court is granted to the government to dismiss the above-captioned second superseding |
| 3 | indictment and all predecessor indictments as to defendant Fitch only.  It is further ordered that |
| 4 | the arrest warrant issued in connection with the indictments for defendant Fitch is quashed. |

Date: 11/15/2010

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2